IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCUS BERNARD NEDD,

    Plaintiff,

v.

SAM'S EAST, INC.,
SAM'S WEST, INC., SAM'S PW, INC.,
WAL-MART STORES EAST, LP,
CHERYL COLLINS,
DOMINIQUE THOMPSON,
XYZ CORPORATION NO. 1,
XYZ CORPORATION NO. 2,
JOHN DOE NO. 1, JOHN DOE NO. 2,

    Defendants.

Civil Action File No.

## NOTICE OF REMOVAL

COMES NOW SAM'S EAST, INC, SAM'S WEST (erroneously named), INC, SAM'S PW, INC., (erroneously named), WAL-MART STORES EAST, LP, (erroneously named), CHERYL COLLINS (erroneously named), DOMINIQUE THOMPSON (erroneously named), named Defendants in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against SAM'S EAST, INC, SAM'S WEST, INC, SAM'S PW, INC. WAL-MART STORES EAST, LP, CHERYL COLLINS, AND DOMINQUE THOMPSON in the State Court of DeKalb County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 20A79805. Plaintiff's claims against Defendants includes claims of negligence.

2.

Plaintiff filed the Complaint on or about March 27, 2020.  Defendant SAM'S EAST, INC. received service of summons and a copy of the Complaint on April 14, 2020.  An answer for Defendants was filed on April 17, 2020.  Plaintiff purports to have served Defendant Dominque Thompson with summons and a copy of the Complaint on December 14, 2020, by service on Raymond Dorsey at 12107 S. Emerald Ave., Chicago, IL 60628 on December 14, 2020.  Defendants SAM'S EAST, INC, SAM'S WEST, INC, SAM'S PW, INC. WAL-MART STORES EAST, LP, CHERYL COLLINS, AND DOMINQUE THOMPSON filed this notice of Removal within thirty (30) days after the purported service of summons and a copy of this Complaint to Dominque Thompson.

3.

Defendant Sam's East, Inc. is an Arkansas corporation with its parent corporation being Walmart, Inc.  Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Defendant Sam's West, Inc. is an Arkansas corporation with its parent corporation being Walmart, Inc.  Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

5.

Defendant Sam's PW, Inc.  is not a legal entity.

6.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment,

LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

7.

Plaintiff's Complaint also names as Defendants Cheryl Collins and Dominique Thompson who are alleged to be residents of Georgia and are further alleged to have been employed by Sam's East, Inc. at its Club located in Tucker, Georgia.

8.

Defendant Dominque Thompson was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit to him or at any time thereafter.  Plaintiff purports to have served Defendant Dominque Thompson with service of summons and a copy of the Complaint on December 14, 2020, by service on Raymond Dorsey at 12107 S. Emerald Ave., Chicago, IL 60628 on December 14, 2020.  Please see attached Exhibit A – Affidavit of Service.

9.

Defendant Cheryl Collins was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit to her or at any time thereafter. Defendant Cheryl Collins is and was at all relevant times a resident of the State of Florida. Please see attached Exhibit B, Interrogatory No. 8 (page 2) – Defendant's Second Supplemental Answers to Plaintiff's First Interrogatories dated October 29, 2020.

10.

Marcus B. Nedd is a citizen of the State of Georgia.

11.

The citizenship of the fictitious XYZ Corporation (1-2) defendants is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

12.

The citizenship of the fictitious John Doe (1-2) defendants is disregarded for purposes of determining jurisdiction. 28 U.S.C. § 1441(a).

13.

Complete diversity of citizenship exists between Plaintiff and Defendants.

14.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

15.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached as Exhibit "C" copies of all the pleadings that were provided to and served upon Defendants, including copies of all pleadings that have been filed to date in the State Court of DeKalb County, Georgia for the above-styled case.

16.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

17.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

18.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of DeKalb County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants SAM'S EAST, INC, SAM'S WEST, INC, SAM'S PW, INC., WAL-MART STORES EAST, LP, CHERYL COLLINS, DOMINIQUE

THOMPSON), prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

                                  McLAIN & MERRITT, P.C.

                                  */s/ Howard M. Lessinger*
                                  Howard M. Lessinger
                                  Georgia State Bar No. 447088

                                  /s/ Mark L. Pickett
                                  *Mark L. Pickett*
                                  Georgia Bar No. 578190
                                  Attorneys for Defendants

3445 Peachtree Road, N.E., Suite 500
Atlanta GA  30326-3240
(404) 365-4516
(404) 364-3138 (Fax)
mpickett@mmatllaw.com

     The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the fonts and point selections approved by the court in LR 5.1B.

                                  */s/ Mark L. Pickett*
                                  Mark L. Pickett

# CERTIFICATE OF SERVICE

This is to certify that on January 13, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

>McLAIN & MERRITT, P.C.
>
>*/s/ Mark L. Pickett*
>Mark L. Pickett
>Georgia State Bar No. 578190
>Attorneys for Defendant

3445 Peachtree Road, N.E., Suite 500
Atlanta GA  30326-3240
(404) 365-4516
Mpickett@mmatllaw.com